UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEL WEBB'S COVENTRY HOMES, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. SACV 13-01330 GAF (SHx)<br>Assigned to Hon. Gary A. Feess<br><br>[PROPOSED] ORDER TO CONTINUE MOTION AND BRIEFING SCHEDULE DATES WITH REGARD TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT |

### [PROPOSED] ORDER

The Court, having read and considered the Stipulation by and between Plaintiffs/Counter-defendants Del Webb's Coventry Homes, Inc.; Anthem Arizona, LLC; Pulte Home Corporation; Pulte Development Corporation; and Del Webb's Coventry Homes Construction Co. (collectively "Del Webb") and Defendant/Cross-Claimant/Cross-Claimant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), finds that the parties have shown good cause for granting a continuance of the Del Webb's Motion For Leave to Amend First Amended Complaint and corresponding briefing schedule.

///

1    IT IS HEREBY ORDERED that Del Webb's Motion For Leave to Amend
2  First Amended Complaint and corresponding briefing schedule be continued as
3  follows:

                                                              at 9:30 AM

4    1.   Del Webb's Motion is continued to **Monday, December 15, 2014**.

5    2.   National Union shall file a response to the Motion on or before
6  **Monday, November 24, 2014.**

7    3.   Del Webb shall file a reply to the on or before **Monday, December 1,**
8  **2014.**

10  Dated:  November  6 , 2014

                                                                 */s/ Gary Feess*
                                                                 _____
                                                                 Honorable Gary A. Feess
                                                                 United States District Judge